U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

FEB 12 2008

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **EVGENI BONDAR** | : | **DOCKET NO. 2:07 CV 1366** |
| VS. | : | **JUDGE MINALDI** |
| **IMMIGRATION & CUSTOMS ENFORCEMENT, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

Having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues,

IT IS ORDERED that Evgeni Bondar's *pro se* petition for writ of *habeas corpus* IS DENIED and DISMISSED as moot.

Lake Charles, Louisiana, this _11_ day of ~~January~~ Feb, 2008.

PATRICIA MINALDI
~~UNITED~~ STATES DISTRICT JUDGE